UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY, et al.,<br><br>    Defendants. | Case No.  14-cv-03080-MEJ<br><br>**ORDER RE: PROPOSED ORDER MODIFYING CASE MANAGEMENT DEADLINES**<br><br>Re: Dkt. No. 50 |

The Court is in receipt of Defendants' Proposed Order Modifying Case Management Deadlines, as well as Plaintiff's opposition thereto. Dkt. Nos. 50, 51. As settlement negotiations with Magistrate Judge Beeler are ongoing and an extension of the requested deadlines is likely to benefit the parties' negotiations, the Court ORDERS the parties to meet and confer by November 25, 2015, to determine whether they can agree to a stipulation extending the deadlines. If so, the parties shall file their stipulation by December 1, 2015. If not, Defendants shall file a request in compliance with the Civil Local Rules by December 1. Although Plaintiff objects to Defendants' request, he is advised that the Court is likely to grant an extension, and a stipulation is therefore preferable. The deadline to disclose experts is stayed pending resolution of Defendants' request.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge